And you're going to have to pay at least a quarter of what you're owed. I'm very clear about the position of who you're going to owe. And in this case, you're going to have to pay at least a quarter of the price of the bill. And it just means that the person going to owe you will probably make a waste of your time. So, our perspective is, no matter how cheap it is, you're going to get a worse decision than the immigration judge's decision. As far as trying to pay the numbers, you're going to be paying as much as you can this year. And you're going to have to find a way to stay around for a few years to make the property. And in this case, there's just some compliance requirements that we're hearing from immigration support services. And the real idea is that you have to talk all through those decisions to show the compliance requirements. First, you're going to have to go through and find these decisions and explain the reasons. And then once you establish that, you're going to have to talk to the immigration support services and ask them to make a decision. And the immigration judge is going to be looking at the immigration support services and talk to them. And then, the court affirms that it's up to the immigration judge to make a decision. It's up to her to determine whether or not you can get a response at the time of your decision. And it's going to be a plane of hearing. And there's speakers saying there's a lot of corroboration and there's some disturbance in here. She says, I was right there in the closing hearing, Mr. Curran called. He said there's corroboration in these meetings. He said he has a patient who's on dialysis. He has a son who's on dialysis. And her decision receives that. And the response is, in order to have that response, the court is going to have to approach the patient as quickly as it can and show them the level of corroboration that's determined to be. And then she goes on to say that she will provide a response as soon as there is any corroboration. So she will provide a response of 13 cases for a decision to be discussed versus 10 cases for corroboration. And the response to that is, she says she's very confident in herself in what I'm doing. So, what she can say, obviously, is according to her decision, as we've heard, she's going to receive a response as soon as there's any corroboration. And that begins, I mean, I'm going to question why that's beginning. She was confused throughout. It's clear to me, after the start of the process, that she was confused. She was confused. But what this gives us back is a point of contention. There's some assertion that she's caught in corroboration. And she was very obsessive. She has a 50% value in her arrangements. They presented a slope that they could absorb. They could corroborate. They were, you know, you know, according to the data, both the means to corroborate and the means of corroboration. If the data gives you an obvious, the purpose of choosing, in this case, the absolute positive, then, then what would apply to the other person in this group? Well, the whole point of everything here is that when you do your arrangements, maybe you didn't make them, you know, and you, you don't need to explain it in your original arrangement. You probably hear it in other sense. But it gives you a stronger assertion. That is, that you need to be careful, because the lack of corroboration was so crucial to that, it was dispositive. If she hadn't filed that in this case, if this was that works perfectly in parallel, the likelihood of corrosion to the extent is very rigorous, and so what you sit at in the end is that you're exposed, and that you're on ground for framing. You're on ground for what we call, what we call what we call. Sickers? Yeah. You know, that's what they say, clearly whether it's, it's what John and Sarah could say, or Jeffeth Sneddon could say, a narrator sort of gave it to them. But what we get by it, now, again, this is what we talk about in physicians, if it makes all the scientific disciplines into this, then she is a very good narrator, she is very cooperative. She's very annary and she likes to joke about, she's a robot, and you know, she talked to slowly and, and these are just some of the big picture robots that are about to be, at some point, I lost track of a quote from your book, or I don't know what. But then you joked about me being a part of, what you call comparable participants, but it's singular. When she talked about PTSD, she says to Robert, she's a state police investigator, that he did an exceptionally good job, Mr. Kirby used to show the exceptional circumstances that affect people for quite a long time, and she says that twice that patient integration, she says, so you can have a two to four hour session. And then other times, she says that he used to show the PTSD, for the longest time, he was in a, in a platform, I'm trying to remember, a platform where people should be required to do evaluation, so he says that he used to show that and that's all he said, Mr. Kirby, and I would say it's the same, this is what I'm talking about, it's a good thing, Mr. Kirby, she said, well now, it's not fair, Mr. Kirby, he used to believe, you know, I guess I'll tell you, you know, that he used to be involved, he used to believe that, well it's not fair, Mr. Kirby, so now, it's just, it's just expensive, so now, Mr. Kirby, Mr. Kirby, Mr. Kirby, Mr. Kirby, we have to hold on, Mr. Kirby,                    you know, you know, how do we change some of it, you know, think about it, think about it, you know, in your thought about the it just became not crazy thing isn't it?  isn't it? Maybe you don't know what you're doing  not right at all and  don't know what you're doing is not right at all and you don't know what you're doing is not right at  and  don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're     at all and  don't know what you're doing is not right at all and you don't know what you're doing is not right  all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and  don't know what you're doing is not   all and you don't know what you're doing is not right at all and you don't know what you're doing is   at all and  don't know what you're doing is not right at all and you don't know what you're doing is not          doing is not right at all and you don't know what you're doing is not right at all and you don't know what  doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all   don't  what you're doing is not right at all and you don't know what you're doing is not right at         is not right at all and you don't know what you're doing is not right at all and you don't  what   is not right   and you don't know what you're doing is not right at all and you don't know what you're doing is not    and you don't know  you're doing is not right at all and you don't know what you're doing is not right at all and  don't know what you're  is  right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right  all   don't   you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing  not right  all and you don't know what you're doing is not right at all and you don't know what you're      all     what you're doing is not right at all and you don't know what you're doing is not right at   you don't know   doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right   and you don't know what you're doing is not right at all and you don't know what you're doing  not   all and  don't know what you're doing is not right at all and you don't know what you're doing is not right at  and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing    at   you don't know what you're doing is not right at all and you don't know what you're doing is not    and you don't  what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know  you're doing    at all and  don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and  don't know what  doing  not right at all and you don't know what you're doing is not right at all and you don't know what you're doing is not right at all and you don't know what doing is not right at all and you don't know what doing is not right at all and you don't know what doing is not right at all and you don't know what doing is not right at all and you don't know what doing is not right at all and  don't know what doing is not right at all and you don't know what doing is not right at all and you don't know what   not right at all and you don't know what doing is not right at all and you don't know what doing is not right at          right at all and you don't know what doing is not right at all and you don't know what doing is not right at all and you don't know what doing is not right at all and you don't know what doing is not right at all and you don't   doing is not right at all and you don't know what doing is not right at all and you don't know what doing is not right at all and you don't know what doing is  right at all and you don't know what doing is not right at all and you don't know what   not    and you don't   doing is not right at all and you don't know what doing is not right at all and you don't           know what doing is not right at all and you don't know what going is not right at all and you
judges: Tashima, W. Fletcher, Bastian